**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 19-10601-MDC

DAMEN COLLINS

941 FLANDERS ROAD

PHILADELPHIA, PA 19151

    Debtor

**CERTIFICATE OF SERVICE**

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DAMEN COLLINS

    941 FLANDERS ROAD

    PHILADELPHIA, PA 19151

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                /s/ William C. Miller

Date: 5/21/2019

                                                _____
                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee