# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10601-MDC

DAMEN  COLLINS

941 FLANDERS ROAD

PHILADELPHIA, PA 19151

      Debtor

## <u>CERTIFICATE OF SERVICE</u>

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DAMEN  COLLINS

941 FLANDERS ROAD

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

                    /S/ William C. Miller

Date: 8/4/2020     _____

                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee