**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Damen Collins<br>　　　　　　Debtor(s) | Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION<br>(TRUSTEE FOR THE PENNSYLVANIA HOUSING<br>FINANCE AGENCY)<br>　　　　　　Movant<br>　　vs. | NO. 19-10601 MDC |
| Damen Collins<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| and William C. Miller Esq.<br>　　　　　　Trustee | |

## CERTIFICATION OF DEFAULT

　　I, Rebecca A. Solarz, Esquire, attorney for Moving Party, certify that Debtor(s) has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated July 29, 2020 was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) has failed to cure the default.  Accordingly, the Court shall enter the attached Order granting the Movant relief from the automatic stay.

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　(215) 627-1322 FAX (215) 627-7734
　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant

October 21, 2020