United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10601-mdc |
| Damen Collins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damen Collins, 941 Flanders Road, Philadelphia, PA 19151-3011 |
| 14266447 | + | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14289016 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, KLEHR, HARRISON, HARVEY, BRANDZBURG LLP, 1835 Market Street, Ste 1400, Philadelphia, PA 19103-2945 |
| 14266450 | + | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14271578 | + | MIDLANTIC UROLOGY - BRYN MAWR UROLOGY, 1121 SITUS COURT, STE 350, RALEIGH, NC 27606-4275 |
| 14304986 | + | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14279592 | + | Pennsylvania Department of Revenue, 110 N 8th St Ste 204b, Philadelphia, PA 19107-2412 |
| 14266453 | + | Philadelphia Gas Works, 800 W. Montgomery Avenue, Attn: Bankruptcy Dept 3F, Philadelphia, PA 19122-2898 |
| 14266455 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint Corp., Attention: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14305543 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14279598 | + | US Bank National Association, Trustee for PHFA, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14305585 | + | US Bank National Association, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 27 2021 02:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2021 02:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 27 2021 02:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14266442 | | Email/Text: megan.harper@phila.gov | Feb 27 2021 02:16:00 | City of Philadelphia, Law Dept, Tax Unit, Bankruptcy Group, MSB, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14279580 | | Email/Text: megan.harper@phila.gov | Feb 27 2021 02:16:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14342211 | | Email/Text: megan.harper@phila.gov | Feb 27 2021 02:16:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14266441 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 27 2021 01:58:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14279578 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 27 2021 01:54:54 | Capital One, Attn: General, Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 19-10601-mdc    Doc 76    Filed 02/28/21    Entered 03/01/21 00:52:03    Desc Imaged
                       Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 41 |

| ID | | Notice Method | Time | Recipient |
|---|---|---|---|---|
| 14303644 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 27 2021 01:56:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14266443 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 27 2021 02:15:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14266444 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2021 01:56:45 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14266445 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 27 2021 02:16:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14266446 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 27 2021 02:16:00 | Dept of Ed/582/Nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 14266448 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Feb 27 2021 02:15:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14279587 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2021 02:15:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14266449 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2021 02:16:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14284509 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2021 01:58:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14303151 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2021 02:15:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14266451 | + | Email/PDF: pa_dc_claims@navient.com | Feb 27 2021 01:54:55 | Navient, Attn: Bankruptcy, PO Box 9000, Wiles-Barr, PA 18773-9000 |
| 14279591 | + | Email/Text: blegal@phfa.org | Feb 27 2021 02:16:00 | PA Housing Finance Agency, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14266452 | | Email/Text: blegal@phfa.org | Feb 27 2021 02:16:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14267541 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2021 01:58:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14280052 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2021 02:16:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14266454 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2021 02:15:00 | Quantum3 Group LLC, as agent for MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14268573 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2021 02:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14266455 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Feb 27 2021 01:58:41 | Sprint Corp., Attention: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14266456 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:54:53 | Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14266457 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:54:53 | Synchrony Bank/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14301034 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 27 2021 02:16:00 | U.S. Department of Education CO Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14266458 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 27 2021 02:15:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14279579 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Dept, Tax Unit, Bankruptcy Group, MSB, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14279581 | *+ | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14279582 | *+ | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14279583 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14279584 | *+ | Dept of Ed/582/Nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 14279586 | *P++ | FRANKLIN MINT FCU ERIN MOORE, ATTN MEMBER SOLUTIONS, 5 HILLMAN DRIVE, SUITE 100, CHADDS FORD PA 19317-9752, address filed with court:, Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14279585 | *+ | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14279588 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14279589 | *+ | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14279590 | *+ | Navient, Attn: Bankruptcy, PO Box 9000, Wiles-Barr, PA 18773-9000 |
| 14279593 | *+ | Philadelphia Gas Works, 800 W. Montgomery Avenue, Attn: Bankruptcy Dept 3F, Philadelphia, PA 19122-2898 |
| 14279594 | * | Quantum3 Group LLC, as agent for MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14279595 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint Corp., Attention: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14279596 | *+ | Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14268423 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14279597 | *+ | Synchrony Bank/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14279599 | *+ | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Damen Collins brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 41 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAMEN COLLINS | Chapter 13 |
| Debtor | Bankruptcy No. 19-10601-MDC |

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 25, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
DAMEN COLLINS

941 FLANDERS ROAD

PHILADELPHIA, PA 19151